UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

State Farm Fire and Casualty Company,

                    Plaintiff,

         -against-

Lutheran Social Services of New York, Inc. et al.,

                Defendants.

26-CV-433 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The parties are ordered to file a joint letter-motion (not just a letter) with the Court by **Thursday, July 10, 2026** explaining the status of this case and any next steps.

Because it appears that no case management plan has yet been entered, the parties should also file a proposed case management plan as an attachment to their letter using the template available at: **https://nysd.uscourts.gov/hon-arun-subramanian**.

SO ORDERED.

Dated: July 1, 2026
      New York, New York

_____
    ARUN SUBRAMANIAN
    United States District Judge